# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TROY LYNN BROWN, ET AL.             CIVIL ACTION

VERSUS                              16-513-SDD-RLB

LATTER AND BLUM PROPERTY
MANAGEMENT, INC.

## ORDER

**CONSIDERING** the attached received by the Court in the above captioned matter;

**IT IS HEREBY ORDERED** that the Plaintiffs' claims against Defendant are DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated in these proceedings.

Baton Rouge, Louisiana the _1_ day of November, 2016.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
**MIDDLE DISTRICT OF LOUISIANA**

# Taggart Morton, LLC
ATTORNEYS AND COUNSELLORS AT LAW

BARRY H. GRODSKY
DIRECT DIAL (504) 599-8535
E-MAIL bgrodsky@taggartmorton.com

2100 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2100
TELEPHONE (504) 599-8500
FACSIMILE (504) 599-8501
www.taggartmorton.com

COVINGTON, LA OFFICE

71206 HENDRY AVENUE
COVINGTON, LOUISIANA 70433
TELEPHONE (504) 892-8592
FACSIMILE (504) 809-9237

1 November 2016

**VIA FACSIMILE**

The Hon. Shelly D. Dick
United States District Court
Middle District of Louisiana
777 Florida St., Ste. 301
Baton Rouge, Louisiana 70801

    Re:   *Troy Lynn Brown, Byron L. Ragland and Steven J. Mercadel v. Latter and Blum Property Management, Inc.*
           Civil Action No. 3:16-cv-00513, District Judge Shelly Dick
           <u>United States District Court, Middle District of Louisiana.</u>

Dear Judge Dick:

    I represent Latter and Blum Property Management, Inc., in the captioned case. I am pleased to advise you that the parties hereto have compromised and settled this matter. We would respectfully request that this Honorable Court enter a 60-Day Judgment of Dismissal.

    If you have any questions or need additional information, please do not hesitate to contact me. We very much appreciate the Court's time and assistance. With kindest regards, I am,

                              Sincerely yours,

                              Barry Grodsky

                              Barry H. Grodsky

BHG/cfl
cc:   The Hon. Richard L. Bourgeois, Jr., *via* facsimile
       Mr. David Williams, Esq., *via* electronic mail