UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

TROY LYNN BROWN, BYRON L. RAGLAND　　　　　　　　　CIVIL ACTION
and STEVEN J. MERCADEL

VERSUS　　　　　　　　　　　　　　　　　　　　　　　16-513-SDD-RLB

LATTER AND BLUM PROPERTY
MANAGEMENT, INC.

## ORDER

**CONSIDERING** the *Motion for Dismissal with Prejudice*[1] filed by Plaintiffs in the above captioned matter;

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and the above numbered and entitled cause is DISMISSED with prejudice and each party to bear its own attorneys' fees and the court costs to be reimbursed by Defendant.

Baton Rouge, Louisiana the 3 day of February, 2017.

*[signature]*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 14.